MILES, BAUER, BERGSTROM & WINTERS, LLP
Steven E. Stern, #20022
2200 Paseo Verde Parkway, Suite 250
Henderson, NV 89052
Telephone:    (702) 369-5960
Facsimile:    (702) 942-0411
steven.stern@azbar.org
MBBW File No: 12-L0398

Attorneys for Defendant
Bank of America, N.A.,

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | Case No. 2:12-bk-13564 |
| **Jonathan B. Woods** | Chapter 13 |
| **Debtor.** | Adv. Proc. No: 2:12-ap-01463 |
| | **Corporate Disclosure Statement** |
| **Jonathan B. Woods,** | |
| **Plaintiff,** | **Bank of America Corporation, Inc.** |
| **vs.** | |
| **Bank of America Corporation, N.A;** | |
| **Defendants.** | |

  This Corporate Disclosure Statement is filed on behalf of Defendant, BANK OF AMERICA, N.A. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  BANK OF AMERICA, N.A. is a wholly-owned subsidiary of BAC North America Holding Company.  BAC North America Holding Company is a wholly-owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a wholly-owned

1

subsidiary of the publicly held BANK OF AMERICA CORPORATION. No other entity or corporation controls ten (10%) percent or more of BANK OF AMERICA, N.A. stock. There is not any other publicly held corporation who is not a party to this cause, with a financial interest in the outcome. Defendant will file a supplemental disclosure statement upon change in the information provided herein.

DATED this 18th day of September, 2012.

MILES BAUER BERGSTROM &
WINTERS, LLP

By: /s/Steven E. Stern, Esq.
    Steven E. Stern, Esq., SBN 20022
    2200 Paseo Verde Parkway, Suite 250
    Henderson, NV 89052-2704
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, hereby affirm that on the 18th day of September, 2012, I caused the aforegoing **CORPORATE DISCLOSURE STATEMENT** to be served on the following addresses via regular mail proper postage Pre-paid by depositing same in the United States mail and also by forwarding same via electronic mail to:

**Mr. Edward J. Maney**
**Office of the United States Trustee**
**101 N. FIRST AVE., SUITE 1775**
**PHOENIX, AZ 85003**

**Mr. Jonathan B. Woods**
**Debtor, Pro Per**
**3930 E. Cody Avenue**
**Gilbert, AZ 85234**

/s/Nicole DiMuro
Employee of Miles, Bauer,
Bergstrom & Winters, LLP

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3