Jonathan B. Woods, Debtor *pro se*
3930 East Cody Avenue
Gilbert, AZ 85234
(480) 232-0076



UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA (Phoenix)

| | |
|---|---|
| In re: | Chapter 13 |
| JONATHAN B. WOODS, | Case No: 2:12-bk-13564-SSC |
| Debtor, | |
| JONATHAN B. WOODS, | Adversary Case No: 12-ap-01463 |
| Plaintiff, | |
| v. | MOTION TO ENLARGE TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| BANK OF AMERICA, N.A., as successor by merger to BAC HOME LOANS SERVICING, LP, fka COUNTRYWIDE HOME LOANS SERVICING LP, | (FIRST REQUEST) |
| Defendants. | |

Pursuant to Rule 9006 (b)(1), Federal Rules of Bankruptcy Procedure (FRBP), Plaintiff/Debtor Jonathan B. Woods (hereinafter "Plaintiff") hereby moves the Court for an Order extending the timely filing date for Plaintiff's Response to Defendants' untitled motion to dismiss to October 19, 2012. According to Local Rule 9013-1 (c), the current Response date is Friday October 5, 2012, and this Motion is timely.

Defendant's attorney, Steven E. Stern, was contacted on October 5, 2012 and stated that he has no objection to a two week extension.

Plaintiff is self-represented, and has recently required significant medical attention, and finds that more time is required to adequately respond to the Defendants' motion to dismiss.

Plaintiff has not previously been given an extension of time to file his Response.

Plaintiff respectfully requests that he be granted this extension of time.

The Plaintiff submits herewith a proposed form of Order.

Submitted with all rights reserved on October 5, 2012

By: _____
Jonathan B Woods, Debtor *pro se*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2012 a copy of MOTION TO ENLARGE TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS was delivered to:

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965

A copy of the foregoing was mailed to:

Steven E. Stern, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052

Attorney for Defendants

By: _____
Jonathan B. Woods