# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JONATHAN B WOODS
**Case Number:** 2:12-bk-13564-SSC  **Chapter:** 13
**Date / Time / Room:** TUESDAY, FEBRUARY 26, 2013 10:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

ADV: 2-12-01463

**JOHNATHAN B WOODS vs BANK OF AMERICA,N.A. AS SUCCESSOR BY MER**

HEARING Motion to Dismiss Complaint with Certificate of Mailing filed by STEVEN E STERN of MILES, BAUER, BERGSTROM & WINTERS, LLP on behalf of BANK OF AMERICA

R / M #:  6 / 0

## Appearances:

SCOTT LIESKE, ATTORNEY FOR RUSSELL BROWN, TRUSTEE
STEVEN E STERN, ATTORNEY FOR BANK OF AMERICA,N.A. AS SUCCESSOR BY MER
JOHNATHAN WOODS, PLAINTIFF

## Proceedings:

Mr. Woods states that the certificate of service is not correct as the trustee has not been served. Mr. Lieske states that the trustee does not have an interest in the matter and will waive any notice on this matter. Mr. Stern argues that this adversary should be dismissed.

COURT: IT IS ORDERED TAKING THIS MATTER UNDER ADVISEMENT

c: M Mathus
 M Myers