# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JONATHAN B WOODS | | |
| **Case Number:** | 2:12-bk-13564-SSC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 18, 2013 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

### Matter:

ADV: 2-12-01463

JOHNATHAN B WOODS vs BANK OF AMERICA,N.A. AS SUCCESSOR BY MER
DECISION ON  RECORD RE MOTION TO DISMISS

R / M #:   6 / 0

### Appearances:

NONE

### Proceedings:

THE COURT PLACED ITS DECISION ON RECORD.  THE DECISION ON THE RECORD CONSTITUTES FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FED. R. CIV.P. 52 AS ADOPTED BY RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES.  TO OBTAIN A COPY OF THE COURT'S DECISION; PLEASE CONTRACT WITH THE ELECTRONIC COURT RECORDER TO OBTAIN YOUR COPY OF THE COMPACT DISC.

IT IS ORDERED THAT THE DEFENDANT'S MOTION TO DISMISS COMPLAINT WITH PREJUDICE IS GRANTED. COUNSEL FOR DEFENDANT IS DIRECTED TO UPLOAD A FORM OF ORDER.