James L. Blair, #016125
Erick S. Durlach, #024253
Richard H. Goldberg, #020824
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
*jblair@rcdmlaw.com*
*edurlach@rcdmlaw.com*
*rgoldberg@rcdmlaw.com*

*Attorneys for Bank of America, N.A.*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Jonathan B. Woods,<br><br>    Debtor,<br><br>Jonathan B. Woods,<br><br>    Plaintiff,<br>v.<br><br>Bank of America Corporation, N.A.<br><br>    Defendant. | Chapter 13<br><br>Bankruptcy Case No.: 2:12-bk-13564<br><br><br>Adversary Case No.: 12-ap-01463 |

### BANK OF AMERICA, N.A.'S RESPONSE TO PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL ORDER AND REOPEN ADVERSARY CASE

Defendant Bank of America, N.A. ("BANA") files this Response (the "Response") to Jonathan B. Woods' ("Woods" or "Plaintiff") Motion to Set Aside Dismissal Order and Reopen Adversary Case [Doc. 22], and in support of its Response would respectfully show as follows:

On August 13, 2012, Plaintiff commenced the above-styled and numbered adversary proceeding (the "Adversary") challenging a trustee's foreclosure sale

conducted on February 17, 2012, prior to the instant bankruptcy proceeding. Plaintiff's Adversary failed to state a valid cause of action and, accordingly, on September 18, 2012, BANA filed a Motion to Dismiss [Doc. 6], which this Court granted on April 23, 2013 [Doc. 20] after notice and hearing.

On May 23, 2013, Plaintiff filed his Motion to Set Aside Dismissal Order and Reopen Adversary Case [Doc. 22] (the "Motion"), in which Plaintiff seeks relief from the dismissal order on the grounds of lack of jurisdiction and fraud. Plaintiff's arguments fail, and this Court should deny the Motion.

## Argument and Authorities

**1.  This Court has jurisdiction to enter a final order adjudicating this Adversary.**

In his Complaint, Plaintiff himself pled this Court's jurisdiction over his claims. See Complaint [Doc. 2] at p. 1. Accordingly, Plaintiff consented to this Court's entry of a final judgment in this matter. *See e.g. Executive Benefits Insurance Agency v. Arkinson (In re Billingham Insurance Agency, Inc.),* 702 F.3d 553, 568 (9th Cir. 2012) (finding a party consented to the bankruptcy court's jurisdiction by opting to litigate before the bankruptcy court). The Ninth Circuit has held that consent permits non-Article III judges to finally decide both core and non-core proceedings under Title 11 of the United States Code. *Arkinson*, 702 F.3d at 568.

**2.  No opposing party engaged in fraud, misrepresentations, or fraud in this Adversary.**

Plaintiff appears to *disagree* with the Trustee's position that the Trustee has no interest in this matter; however, disagreement with a party's position does not render the

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

position fraudulent. Plaintiff has not identified any statements of fact made by any party, which have been relied upon by this Court, that were knowingly false.

**3. No other equitable or legal grounds support setting aside the dismissal order.**

Finally, Plaintiff seeks relief from the dismissal order on general grounds of equity. Plaintiff should be denied relief here as well, as he has articulated no equitable basis for overturning the order, other than general disagreement with the Court's interpretation of the law.

WHEREFORE, Bank of America, N.A. would respectfully request this Court deny Plaintiff's *Motion to Set Aside Dismissal Order and Reopen Adversary Case* in all things and grant Bank of America, N.A. any other relief at law or in equity to which it is justly entitled.

RESPECTFULLY SUBMITTED this _12th_ day of June, 2013.

    RENAUD COOK DRURY MESAROS, PA

    */s/ Richard H. Goldberg*
    James L. Blair
    Erick S. Durlach
    Richard H. Goldberg
    One North Central, Suite 900
    Phoenix, Arizona 85004-4417

    *Attorneys for Defendant Bank of America, N.A.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

Case 2:12-ap-01463-PS    Doc 24    Filed 06/12/13    Entered 06/12/13 16:56:51    Desc
Main Document    Page 3 of 4

871192

## CERTIFICATE OF SERVICE

I hereby certify that on the *12th* day of June, 2013, a true and correct copy of the above and foregoing document has been electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all known counsel. I hereby certify that I have also mailed by United States Postal Service the document to the following:

Mr. Edward J. Maney
Office of the United States Trustee
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

Mr. Jonathan B. Woods
Debtor, Pro Per
3930 E. Cody Avenue
Gilbert, AZ 85234


By  */s/ S. Ramirez*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

Case 2:12-ap-01463-PS    Doc 24    Filed 06/12/13    Entered 06/12/13 16:56:51    Desc
Bankruptcy Case No.: 2:12-bk-13564
Main Document      Page 4 of 4

871192