# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## Minute Entry

*Hearing Information:*

| | |
|---|---|
| **Debtor:** | JONATHAN B WOODS |
| **Case Number:** | 2:12-bk-13564-PS    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 10, 2014 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | PAUL SALA |
| **Courtroom Clerk:** | FAYE HOLTHAUS |
| **Reporter / ECR:** | ANDAMO PURVIS |

*Matters:*

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY , PROPERTY - 3930 E. CODY AVE., GILBERT, AZ 85234 FILED BY STEVEN E STERN OF MILES, BAUER, BERGSTROM & WINTERS, LLP ON BEHALF OF BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP.
   **R / M #:**   44 / 0

2) **ADV: 2-12-01463**
   **JOHNATHAN B WOODS vs BANK OF AMERICA,N.A. AS SUCCESSOR BY MER**
   MOTION TO SET ASIDE DISMISSAL ORDER AND REOPEN ADVERSARY CASE-PLAINTIFF'S MOTION FOR RELIEF FROM ORDER-FRBP 9024 FILED BY JOHNATHAN B WOODS .
   **R / M #:**   22 / 0

*Appearances:*

JONATHAN WOODS, DEBTOR

Case 2:12-ap-01463-PS    Doc 31    Filed 09/10/14    Entered 09/11/14 09:31:39    Desc
Main Document    Page 1 of 2

09/11/2014   9:31:18AM

# Minute Entry

(continue)...   2:12-bk-13564-PS        WEDNESDAY, SEPTEMBER 10, 2014 01:30 PM

*Proceedings:*

1) **The court notes that counsel for the movant has failed to appear.**

**IT IS ORDERED CONTINUING THE HEARING TO OCTOBER 22, 2014 AT 1:30 PM.**

2) Mr. Woods reviews the recent *Bellingham* case and how he thinks it applies to his case. He argues that dismissal of the complaint was improper and should be set aside.

**THE COURT PLACED ITS DECISION ON RECORD.  THE DECISION ON THE RECORD CONSTITUTES FINDINGS OF FACT AND CONCLUSIONS OF LAW PURSUANT TO FED. R. CIV.P. 52 AS ADOPTED BY RULE 7052 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES.  THE PARTIES MAY ACCESS A PDF DOCUMENT REFLECTING THE COURT'S DECISION THROUGH THE ELECTRONIC DOCUMENT SYSTEM, OR REQUEST A TRANSCRIPT BY CONTACTING THE COURT'S ELECTRONIC COURTROOM OPERATOR.**

**IT IS ORDERED DENYING THE DEBTOR'S MOTION TO SET ASIDE THE DISMISSAL ORDER AND REOPEN THE ADVERSARY PROCEEDING.**